**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**KEY WEST DIVISION**

**CODY PAPPAS**, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

**KEYS PATHOLOGY ASSOCIATES, P.A., et al.,**

Defendants.

Case No. 4:25-cv-10072-DPG

**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY ALL DEADLINES PENDING STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Local Rule 16.4, Plaintiff Cody Pappas ("Plaintiff") and Defendant Keys Pathology Associates, P.A. ("Parties") hereby jointly provide notice to the Court that they have reached an agreement on the material terms of a settlement. Upon the settlement agreement's effective date, Plaintiff will file a stipulation of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a).

In light of the settlement, the Parties respectfully move the Court for an order staying all deadlines pending the filing of the stipulation of voluntary dismissal upon the agreement's effective date. *See United States Liab. Ins. Co. v. Von Kahle*, 2014 WL 12776374, at *1 (S.D. Fla. Mar. 4, 2014) ("[B]ecause the parties have reached a conditional settlement, staying this case until the condition occurs would avoid unnecessary litigation[.]").

Dated: December 5, 2025

Respectfully submitted,

*s/ Jeff Ostrow*
Jeff Ostrow, Esq.
**KOPELOWITZ OSTROW P.A.**
1 W. Las Olas Blvd., Suite 500

/s/*Katina M. Hardee*
Katina M. Hardee, Esq.
Talia A.L. Jarrett, Esq.

Fort Lauderdale, FL 33301
Tel: 954-332-4200
Email: ostrow@kolawyers.com

Mariya Weekes (FBN 56299)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
Tel: (866) 252-0878
mweekes@milberg.com

*Counsel for Plaintiff*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
110 SE 6th Street, Suite 2600 'Fort Lauderdale, Fl 33134
Telephone: 954-939-3367
Facsimile: 954-728-1282
Katina.Hardee@lewisbrisbois.com
Talia.Jarrett@lewisbrisbois.com
ftlemaildesig@lewisbrisbois.com
Marvalyn.Williams@lewisbrisbois.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 5, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/ Jeff Ostrow*
Jeff Ostrow